70 F.3d 1252
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
In re Hector Rivera CRUZ, Luis Feliciano Carreras and Pedro
Geronimo Goyco, Petitioners.
 No. 94-2144.
 United States Court of Appeals, First Circuit.
 Nov. 7, 1994.
 
 1
 LEAVE GRANTED, WITHDRAWN.
 
 ORDER OF COURT
 BY THE COURT:
 
 2
 Upon consideration of petitioners' motion,
 
 
 3
 Leave is granted the petitioners to withdraw the Writ of Prohibition or Mandamus under 28 U.S.C. Sec. 1651 as it has become moot.